USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: July 13, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
   **JOSE DELACRUZ,**

             **Plaintiff,**           **21-cv-3877 (ALC) (OTW)**

            **-against-**                 **ORDER**

   **GIERMAK KAZIMIERZ ET AL,**

            **Defendants.**
------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

Defendant Giermak Kazimierz requests that the Court transfer this matter to the United States District Court for the District of New Jersey. (ECF No. 18.) Plaintiff and Defendant Natasya P. Santaella shall respond to Defendant's request by July 15, 2021.

**SO ORDERED.**

**Dated:** July 13, 2021

    New York, New York                          **ANDREW L. CARTER, JR.**
                                                                     **United States District Judge**